BTR
F.#2011R01004
Unseal3.ORD

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JAN 04 2012

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

  -against-

ATHANASIOS MICHAELIDES,
    also known as "Sacci,"
HUSSEIM KRAMBACH,
    also known as "Petey,"
MARTIN LOVELY,
GERALD MANACEK and
VASILIOS MENEGOS,
    also known as "Billy,"

        Defendants.

- - - - - - - - - - - - - - - - - -X

ORDER

11 CR 639(S-2)(JFB)(WDW)

      Application having been made on behalf of the UNITED STATES OF AMERICA, by BURTON RYAN, Jr., Assistant United States Attorney, of Counsel, to the Hon. Loretta E. Lynch, United States Attorney for the Eastern District of New York, for an order unsealing the above-captioned indictment for all purposes.

      WHEREFORE, IT IS HEREBY ORDERED that above-captioned Indictment be unsealed for all purposes.

Dated:    Central Islip, New York
           January 4, 2012

                                    HON. WILLIAM D. WALL
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK