Case 2:11-cr-00639-JFB   Document 57   Filed 01/04/12   Page 1 of 1 PageID #: 143

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 04 2012
LONG ISLAND OFFICE

**DOCKET NUMBER:** CR 11-639-4(JFB)

**CRIMINAL CAUSE FOR** Arraignment

**BEFORE JUDGE:** U.S. Magistrate Judge William D. Wall  **DATE:** 1/4/12  **TIME** 1:30 pm  **for** 15 **MINS**

**DEFENDANT'S NAME:** Gerald Machacek  **DEFENDANTS #**

x  Present  ☐ Not Present  x  Custody  ☐ Not Custody/Surrender

**DEFENSE COUNSEL:** Anthony LaPinta

☐ Federal Defender  x  CJA  ☐ Retained

**A.U.S.A.:** Burton Ryan  **PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE DEPUTY** T.Talbott

**COURT REPORTER: OR ESR OPERATOR** FTR  **TAPE LOG** 149

**INTERPRETER:** n/a  **LANGUAGE:** _____

| | | | | |
|---|---|---|---|---|
| x | Arraignment | | ☐ | Revocation of Probation non contested |
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | | ☐ | Revocation of Probation contested |
| ☐ | In Chambers Conference | | ☐ | Sentencing non-evidentiary |
| ☐ | Pre Trial Conference | | ☐ | Sentencing Contested |
| x | Initial Appearance | | ☐ | Revocation of Supervised Release evidentiary |
| ☐ | Status Conference | | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | | | |
| ☐ | Voir Dire Begun | ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty | ☐ Sentence enhancement Phase | ☐ Bench Trial Begun | |
| ☐ | Bench Trial Held | ☐ Bench Trial Completed | ☐ Motion Hearing Non Evidentiary | |
| ☐ | Other Evidentiary Hearing Contested  TYPE OF HEARING_____ | | | |

**TEXT**

  The defendant pleads not guilty to the second superseding indictment and waives reading of the charges. Permanent order of detention pending trial signed. Waiver of speedy trial time to 1/20/12. A status conference will be held on 1/20/12 at 2:30 pm before District Judge Bianco.