Case 2:11-cr-00639-JFK   Document 57   Filed 01/04/12   Page 1 of 1 PageID #: 143

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 04 2012
LONG ISLAND OFFICE

**DOCKET NUMBER:** CR 11-639-4(JFB)

**CRIMINAL CAUSE FOR** Arraignment

**BEFORE JUDGE:** U.S. Magistrate Judge William D. Wall **DATE:** 1/4/12 **TIME** 1:30 pm **for** 15 **MINS**

**DEFENDANT'S NAME:** Gerald Machacek **DEFENDANTS #**

- [x] Present
- [ ] Not Present
- [x] Custody
- [ ] Not Custody/Surrender

**DEFENSE COUNSEL:** Anthony LaPinta

- [ ] Federal Defender
- [x] CJA
- [ ] Retained

**A.U.S.A.:** Burton Ryan **PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE DEPUTY** T.Talbott

**COURT REPORTER: OR ESR OPERATOR** FTR **TAPE LOG** 149

**INTERPRETER:** n/a **LANGUAGE:** _____

- [x] Arraignment
- [ ] Change of Plea Hearing (~Util-Plea Entered)
- [ ] In Chambers Conference
- [ ] Pre Trial Conference
- [x] Initial Appearance
- [ ] Status Conference
- [ ] Telephone Conference
- [ ] Voir Dire Begun
- [ ] Jury Trial Death Penalty
- [ ] Bench Trial Held
- [ ] Revocation of Probation non contested
- [ ] Revocation of Probation contested
- [ ] Sentencing non-evidentiary
- [ ] Sentencing Contested
- [ ] Revocation of Supervised Release evidentiary
- [ ] Revocation of Supervised Release non-evidentiary
- [ ] Voir Dire Held
- [ ] Sentence enhancement Phase
- [ ] Bench Trial Completed
- [ ] Jury selection
- [ ] Bench Trial Begun
- [ ] Motion Hearing Non Evidentiary
- [ ] Jury trial
- [ ] Other Evidentiary Hearing Contested   TYPE OF HEARING _____

**TEXT**

The defendant pleads not guilty to the second superseding indictment and waives reading of the charges. Permanent order of detention pending trial signed. Waiver of speedy trial time to 1/20/12. A status conference will be held on 1/20/12 at 2:30 pm before District Judge Bianco.