CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)                                                     C/G

| 1. CIR./DIST./ DIV. CODE<br>EDNY/CI | 2. PERSON REPRESENTED<br>Gerald Machacek | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CR 11-639-4(JFB) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |

| 7. IN CASE/MATTER OF (Case Name)<br><br>USA v. Michaelides, et al. | 8. PAYMENT CATEGORY<br>X Felony          Petty Offense<br>  Misdemeanor    Other<br>  Appeal | 9. TYPE PERSON REPRESENTED<br>X Adult Defendant      ☐ Appellant<br>  Juvenile Defendant    ☐ Appellee<br>  Other _____ | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18:1951(a), 3551 et seq.; 21:846,84l(b)(1)(C);18:2314;2; 18:1956(h)18:922,924

**FILED**

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)<br>AND MAILING ADDRESS<br>Anthony M. LaPinta, Esq.<br>35 Arkay Drive<br>Suite 200<br>Hauppauge, NY 11788 | 13. COURT ORDER<br>**IN CLERK'S OFFICE**<br>**U.S. DISTRICT COURT E.D.N.Y** ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney       ☐ Y  Standby Counsel<br>**JAN 04 2011**<br>Prior Attorney's<br>Appointment Dates: _____<br>x Because the above-named person represented has testified under oath or has |
|---|---|
| Telephone<br>Number :              631-300-0033 **LONG ISLAND OFFICE** | otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not<br>wish to waive counsel, and because the interests of justice so require, the attorney whose<br>name appears in Item 12 is appointed to represent this person in this case OR |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | ☐ Other (See _____)<br><br>_____<br>_____ Judicial Officer or By Order of the Court<br><br>**January 4, 2012**<br>Date of Order                          Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time<br>appointment.          ☐ YES   ☐ NO |

| **CLAIM FOR SERVICES AND EXPENSES** | | | | **FOR COURT USE ONLY** | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $          )   TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $          )   TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br><br>_____ TO: _____ | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

| 22. CLAIM STATUS          ☐ Final Payment          ☐ Interim Payment Number _____          ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this<br>representation?  ☐ YES  ☐ NO      If yes, give details on additional sheets.<br>**I swear or affirm the truth or correctness of the above statements.**<br><br>Signature of Attorney _____                          Date _____ |

| **APPROVED FOR PAYMENT — COURT USE ONLY** | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved<br>in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |