Case 2:11-cr-00639-JFB   Document 62   Filed 01/20/12   Page 1 of 2 PageID #: 149

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 20 2012 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco, J.

**DATE:** 1/20/2012      **TIME:** 2:40 p.m.      **Time in court:** 15 min

**DOCKET NUMBER:** CR 11-0639       **TITLE:** USA v. Michaelides et al

**DEFT NAME:** Anthanasios Michaelides                **DEFT:** # 1
_X_ PRESENT  ___ NOT PRESENT     _X_ IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** George Vomvolakis
_X_ PRESENT  ___ NOT PRESENT     _X_ RETAINED   ___ C.J.A.
                                  ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Husseim Krambach                **DEFT:** #3
_X_ PRESENT  ___ NOT PRESENT     ___ IN CUSTODY  _X_ ON BAIL

**ATTY FOR DEFT:** Leonard Lato
_X_ PRESENT  ___ NOT PRESENT     ___ RETAINED   _X_ C.J.A.
                                  ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Vasilios Megegos                **DEFT:** #2
_X_ PRESENT  ___ NOT PRESENT     _X_ IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Lawrence Hochheiser
_X_ PRESENT  ___ NOT PRESENT     ___ RETAINED   _X_ C.J.A.
                                  ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Martin Lovely                **DEFT:** # 4
_X_ PRESENT  ___ NOT PRESENT     _X_ IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Terrence Buckley
_X_ PRESENT  ___ NOT PRESENT     ___ RETAINED   _X_ C.J.A.
                                  ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Gerald Machacek                **DEFT:** #5
_X_ PRESENT  ___ NOT PRESENT     _X_ IN CUSTODY  ___ ON BAIL

**ATTY FOR DEFT:** Anthony LaPinta
_X_ PRESENT  ___ NOT PRESENT     ___ RETAINED   _X_ C.J.A.
                                  ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Burton Ryan          **DEPUTY CLERK:** Jasmine Major

**PROBATION:** _____

**COURT REPORTER:** ___ P. AUERBACH   _X_ E. COMBS   ___ P. LOMBARDI
___ H. RAPAPORT   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER
___ S. PICOZZI

**OTHER** _____

**INTERPRETER:** _____

_X_ CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO_____FOR_____

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                       ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

_X_ SPEEDY TRIAL INFORMATION:
    CODE TYPE: __X-_____    START DATE: _1/20/2012_ XSTRT
                               STOP DATE: _3/5/2012_ XSTOP

_X_ NEXT STATUS CONFERENCE SET FOR _3/5/2012 at 2:30 p.m._

___ DEFT. CONTINUED IN CUSTODY.

_X_ DEFT. CONTINUED ON BAIL.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

___ HEARING SET FOR:_____

___ FINAL PRETRIAL CONFERENCE SET FOR _____