<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>BEFORE: Bianco,J.</u>

<u>DATE: 3/5/2012       TIME: 2:50 p.m.    Time in court: 15 min.</u>

<u>DOCKET NUMBER:   CR 11-639        TITLE: USA-V-Michaelides et al</u>

<u>DEFT NAME: Anthanasios Michaelides              DEFT: # 1</u>
<u> X </u>PRESENT <u>   </u>NOT PRESENT     <u> X </u>IN CUSTODY   <u>   </u>ON BAIL

ATTY FOR DEFT: <u>George Vomvolakis</u>
<u>  X </u>PRESENT     <u>    </u>NOT PRESENT      <u> X </u> RETAINED     <u>       </u>C.J.A.
                                  <u>        </u>FED. DEF. OF NY, INC.


<u>DEFT NAME: Vasilios Menegos              DEFT: #2</u>
<u> X </u>PRESENT <u>   </u>NOT PRESENT     <u> X </u> IN CUSTODY   <u>   </u>ON BAIL

ATTY FOR DEFT: <u>Lawrence Hochheiser</u>
<u>  X </u>PRESENT     <u>    </u>NOT PRESENT      <u>    </u>RETAINED    <u>  X </u>C.J.A.
                                  <u>        </u>FED. DEF. OF NY, INC.


<u>DEFT NAME: Gerald Machacek             DEFT: #5</u>
<u> X </u>PRESENT <u>   </u>NOT PRESENT     <u> X </u>IN CUSTODY   <u>   </u>ON BAIL

ATTY FOR DEFT: <u>Anthony LaPinta</u>
<u>  X </u>PRESENT     <u>    </u>NOT PRESENT      <u>    </u>RETAINED    <u>  X </u>C.J.A.
                                  <u>        </u>FED. DEF. OF NY, INC.

A.U.S.A.: <u>Burton Ryan</u>       DEPUTY CLERK: <u>Mary Ryan</u>

<u>PROBATION:</u>

COURT REPORTER: <u>   </u>P. AUERBACH    <u>   </u>E. COMBS   <u>   </u>P. LOMBARDI
<u>   </u>H. RAPAPORT    <u>   </u>M. STEIGER      <u>   </u>D. TURSI   <u> X </u>O. WICKER
<u>   </u>S. PICOZZI

INTERPRETER: <u>                              </u>


<u> X </u>  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

<u> X </u>  SPEEDY TRIAL INFORMATION:
     CODE TYPE: <u>  X-         </u>  START DATE: <u>  3/05/2012</u> XSTRT
                             STOP DATE: <u>  5/16/2012</u> XSTOP

<u> X </u>  NEXT STATUS CONFERENCE SET FOR<u> 5/16/2012 at 1:30 p.m.</u>

<u> X </u>  ALL DEFTS. CONTINUED IN CUSTODY.