UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK **FILED**

IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ MAR 05 2012 ★

LONG ISLAND OFFICE

UNITED STATES OF AMERICA

-v-

Anthanasios Michaelides
Vasilios Menegos
Gerald Machacek
                                                    X

<u>WAIVER OF SPEEDY TRIAL</u>

11 -cr- 639        (JFB)

It is hereby stipulated that the time period from 3-5-12 to 5-16-12 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X]    engagement in continuing plea negotiations;
[ ]    examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ]    submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X]  Continues Discovery and Public's interest in Justice

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver  [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated:  3-5-2012
Central Islip, NY

_____
Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Anthanasios Michaelides
    Defendant #1: _____  Counsel: _____

Vasilios Menegos
    Defendant #2: _____  Counsel: _____

Gerald Machacek
    Defendant #3: 5 _____  Counsel: _____

    Defendant #4: _____  Counsel: _____