# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2012 ★
LONG ISLAND OFFICE

1. Title of Case: __United States v. Athanasios Michaelides et. al__

2. Related Magistrate Docket Number(s)  __N/A__

   None ( )

   **BIANCO, J.**

3. Arrest Date: __September 29, 2011__

4. Nature of offense(s):  X  Felony
   ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): __N/A__

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: __Nassau/Suffolk?Queens__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?    ( ) Yes  (X) No

9. Have arrest warrants been ordered?    ( ) Yes  (X) No

10. Is a capital count included in the indictment?    ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Burton T. Ryan
Assistant U.S. Attorney
631-715-7853

Rev. 10/01/03