CALENDAR MINUTES
ON GRAND JURY PRESENTMENT

Before Magistrate Judge _____ Date 6/27/12

The Grand Jury of ___May 14, 2012___ handed up

___1___ Indictment(s) which were ordered filed by the Court.
(number)

_____ Indictment(s) were ordered sealed by the Court.
(number)

_____ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

_____ returned for further deliberation.

_____ having completed its business, was dismissed with the thanks of the Court.

**CR-11 0639**

Douglas C. Palmer
Clerk of the Court

**BIANCO, J.**

_____
Deputy Clerk