CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 9/28/2012     TIME: 11:30 a.m.   Time in court: 30 min.

DOCKET NUMBER:  CR 11-0639        TITLE: USA-V-Michaelides et al.


DEFT NAME: Anthanasios Michaelides            DEFT: # 1
 X PRESENT ___NOT PRESENT     X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: George Vomvolakis
 X PRESENT      NOT PRESENT     X RETAINED      C.J.A.
                                FED. DEF. OF NY, INC.

DEFT NAME: Martin Lovely             DEFT: #4
 ___PRESENT X NOT PRESENT  X IN CUSTODY  ___ON BAIL

ATTY FOR DEFT: Terry Buckley
 X PRESENT      NOT PRESENT      RETAINED      X C.J.A.
                                FED. DEF. OF NY, INC.

DEFT NAME: Gerald Machacek             DEFT: #5
 X PRESENT ___NOT PRESENT     X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: Anthony LaPinta
 X PRESENT      NOT PRESENT      RETAINED      X C.J.A.
                                FED. DEF. OF NY, INC.


A.U.S.A.: Charles Kelly       DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:___P. AUERBACH     ___E. COMBS    ___P. LOMBARDI
 ___H. RAPAPORT ___M. STEIGER     ___D. TURSI   X O. WICKER
 ___S. PICOZZI

INTERPRETER:

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___  DEFT(S) ARRAIGNED ON _____, WAIVE(S) READING OF THE
     SUPERSEDING INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE
     CHARGES.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-_____   START DATE: 9/28/2012 XSTRT
                             STOP DATE: 12/14/2012 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 12/14/2012 at 10:00 a.m.


 X  ALL DEFTS. CONTINUED IN CUSTODY.