Filed

# UNITED STATES DISTRICT COURT
DEC 20 2012

for the

EASTERN District of NEW YORK   LONG ISLAND OFFICE

U. S. A.
*Plaintiff*
v.    MICHAELIDES, ET AL (HUSSEIN KRAMBACH)
*Defendant*

Case No. 11 CR 00639

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HUSSEIN KRAMBACH

Date: 12-20-12

_____
*Attorney's signature*

PETER VERBY  #1284348
*Printed name and bar number*

305 BROADWAY, SUITE 804
NYC 10007
*Address*

PETER.VERBY@GMAIL.COM
*E-mail address*

212 619-2130
*Telephone number*

212 571-4111
*FAX number*