*Filed*

# UNITED STATES DISTRICT COURT
DEC 20 2012

for the

*Eastern* District of *New York*   LONG ISLAND OFFICE

| | |
|---|---|
| *U.S.A.* | ) |
| Plaintiff | ) |
| v. | ) |
| *Michaelides, et al (Hussein Krambach)* | ) |
| Defendant | ) |

Case No. *11 CR 00639*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Hussein Krambach*

Date: *12·20·12*

*[signature]*
Attorney's signature

*Peter Verby    #1284348*
Printed name and bar number

*305 Broadway, Suite 804*
*NYC 10007* Address

*peter.verby@gmail.com*
E-mail address

*212 619-2130*
Telephone number

*212 571-4111*
FAX number