

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMM:BTR
F.#2011R01004
LovelyStip

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

February 27, 2013

**By Hand and ECF**

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722-4454

> Re: United States V. Martin Lovly
> <u>Criminal Docket No. 11-639(S-3)(JFB)</u>

Dear Judge Bianco:

Enclosed is a stipulation reached between the parties, in connection with the above-captioned defendant, outlining the handling of discovery material pursuant to T. 18, U.S.C., § 3500. The Government respectfully requests that a copy of the stipulation be ordered by the Court and entered upon the docket.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Burton T. Ryan, Jr.
Assistant United States Attorneys

cc: Terrence P. Buckley, Esq.
    Counsel For Lovly