UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA           :
                                   :
                                   :   ORDER
              – against –          :   11 CR 0639 (JFB)
                                   :
                                   :
ATHANASIOS MICHAELIDES, et al.,    :
                                   :
              Defendants.          :
                                   :
----------------------------------X

JOSEPH F. BIANCO, District Judge:

       By letter dated July 22, 2013, counsel for defendant Mitts indicated that his client agrees to re-schedule the August 7th conference until August 22, 2013, so that defendants Mitts and Velazquez can be present on one occasion, along with defendant Michaelides and his counsel. Counsel also agrees, on behalf of the defendant, to the exclusion of time for such adjournment under the Speedy Trial Act. By letter dated July 18, 2013 (and, as confirmed at today's bail hearing), defendant Velazquez also consent to the adjournment and waive the time under the Speedy Trial Act.

       Accordingly, the conference for all defendants is re-scheduled for August 22, 2013, at 1:30 p.m. In order to allow all defendants and counsel to appear together at one conference (and to allow defendant Velazquez's motion to be fully briefed), the Court finds that the time until August 22, 2013 is excluded under the Speedy Trial Act because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    July 31, 2013
           Central Islip, New York

# Richard A. Miller & Associates
**356 Veterans Memorial Highway, Suite 3**
**Commack, New York 11725**
Telephone (631) 543-3030     Facsimile (631) 543-2888
Email: RAMillerEsq@aol.com

Richard A. Miller, Esq.

Of Counsel:

Albert Adam Breud, Esq.
Terrence P. Buckley, Esq.
Jonathan E. Kirchner, Esq.

July 22, 2013

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

*VIA ECF AND REGULAR MAIL*

Re:   **United States of America v. Dennis Mitts**
      **Criminal Docket No.: 11-639 (S-4) (JFB)**

Dear Judge Bianco:

I have spoken to my client regarding the postponement of our status conference from August 7, 2013 to August 22, 2013 at 1:30pm so that all parties can be present on one occasion.

Mr. Mitts consents to the adjournment and waives his rights under the Speedy Trial Act to August 22, 2013.

Sincerely,

Richard A. Miller, Esq.

RAM/am
cc: Dennis Mitts

# EDWARD P. JENKS

ATTORNEY AT LAW
332 WILLIS AVENUE
MINEOLA, NEW YORK 11501

(516) 741-2920
FAX: (516) 747-3136

July 18, 2013

COURTESY COPY

Via ECF Filing And
*First Class Mail*

The Honorable Joseph F. Bianco
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re: United States v. Adam T. Velazquez
            Criminal Docket No. 11-639 (S-4) (JFB)

Dear Judge Bianco:

Please be advised that the defendant hereby waives speedy trial until August 22, 2013.

Thank you for your attention to this matter.

Very truly yours,

*Edward P. Jenks*

Edward P. Jenks, Esq.

EPJ/sm