

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BTR
F.#2011R01004

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 5, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 07 2014 ★

LONG ISLAND OFFICE

Delivery by ECF and Hand

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722-4454

          Re: United States v. Adam Valasquez, et al.
              Criminal Docket No. 11-639 (S-7) (JFB)

Dear Judge Bianco:

          The parties in the above-captioned case request
the pre-trial hearing presently scheduled for Monday, March
10, 2014 be re-scheduled for April 7, 2014. That date has
been reviewed with the Court's Deputy Clerk and would be
available for the proposed hearing.

          At the suggestion of the defense, and with the
consent of the government, the parties request the
postponement. By the proposed date, April 7, 2014, the
defense will have been in possession of the full discovery
and 3500 material for trial for a number of weeks, the
government's motion pursuant to F.R. Crim. Pro. 404(b) will
have been filed, as well as any potential motions in
liminie. This schedule, we believe will afford the parties
the most effective use of the Court's time and permit the
Court and parties to more intelligently identify and limit

any issues that need to be addressed.  The defendant has
previously waived speedy trial through April 21, 2014, the
scheduled date for the commencement of jury selection.


                                 Respectfully submitted,

                                 LORETTA E. LYNCH
                                 United States Attorney

                         By:     _____
                                 Burton T. Ryan, Jr.
                                 Assistant U. S. Attorney


cc:  Edward Jenks, Esq.
     Counsel for Defendant


Request granted. The
Hearing is re-scheduled for
April 7, 2014, at 10:30 a.m.


SO ORDERED

_____
Joseph F. Bianco
USDJ
Date: ___ March 7, 20 14 ___
Central Islip, N.Y