

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

DMJ:BTR/CPK

*United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722-4454*

May 1, 2014

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Adam Valasquez
           Criminal Docket No. 11-639 (S-8)(JFB)

Dear Judge Bianco:

    The Government respectfully moves to dismiss the forfeiture allegations in the above-referenced superseding indictment as to defendant Adam Valasquez.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                   By:   /s/ *Charles P. Kelly*
                         Charles P. Kelly
                         Bastian Ryan, Assistant United States Attorneys
                         (631) 715-7866

cc:  Edward Jenks, Esq.
     Attorney for Adam Valasquez

     Attorney for Alexis Sanchez