GAIL E. LASER (#9851)
LASER LAW OFFICE
314 Main Street, Suite 200
P.O. Box 566
Park City, Utah 84060-3390
Telephone: (435) 608-0304
Facsimile: (435) 487-9411
Email: glaser@laser-law.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff*, | **NOTICE OF RENEWED MOTION** |
| v. | Case No. 11 CR 639 (JFB) |
| **ADAM VELAZQUEZ**, *Defendant*. | |

TO THE UNITED STATES OF AMERICA:

PLEASE TAKE NOTICE that upon the accompanying Declaration of Gail E. Laser, attorney for the Defendant Adam Velazquez, and in compliance with Crim. R. 17, respectfully requests a subpoena, ordered by this Court, seeking the movement records of inmates/informant witnesses Timothy Glass and Martin Lovly in the months since their incarcerations and before their testimony in the above-captioned trial.

A proposed So-Ordered Subpoena is also attached to this request.

RESPECTFULLY SUBMITTED this 19th day of July 2016.

                                          LASER LAW OFFICE

                                          */s/ Gail E. Laser*
                                          Gail E. Laser
                                          *Attorney for Adam Velazquez*

# CERTIFICATE OF SERVICE

Burton Ryan  ☐ First Class U.S. Mail, Postage Prepaid
Charles Kelly  ☐ Facsimile Transmission
Attorneys for the United States of America  ☐ Personal Delivery
610 Federal Plaza  ☐ E-mail Transmission Attachment
Central Islip, NY 11722  ☒ Electronic Filing


/s/ *Bree L. Montroy*
*Assistant for Gail E. Laser*