Gail E. Laser (9851)
LAW OFFICE OF GAIL LASER
P.O. Box 566
314 Main Street, Suite 200
Park City, Utah 84060-566
Telephone: (435) 608-0304
Facsimile: (435) 487-9411
E-mail: glaser@laser-law.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **SUBPOENA** *DUCES TECUM* |
| | ) | **(INMATE MOVEMENT RECORDS)** |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 11-cr-00639 |
| | ) | |
| **ADAM VELAZQUEZ,** | ) | Judge: Joseph F. Bianco |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

    **ATTN:**     **U.S. MARSHAL JUAN TAVAREZ**
                  **225 Cadman Plaza East, Rm G20**
                  **Brooklyn, NY 11201**

YOU ARE HEREBY COMMANDED to produce copies of documents in your possession, custody or control, to the **Law Office of Gail Laser**, P.O. Box 566, Park City, Utah 84060 (U.S. Mail delivery), 314 Main Suite 200, Park City, Utah 84060 (physical address), on or before **August 22, 2016, at 9:00 a.m.** in order to comply with the Subpoena *duces tecum* in the above-captioned action as follows:

**Provide all documents relating to any and all movement out of his current detention facility (or prison, or jail, or holding facility) at any time from the date of his arrest to the present, whenever such movement occurred, and for whatever reason, including but not limited to -- from facility to: courthouse, doctor appointments, clinic appointments, attorney visits, government interviews/appointments, court appearances.**

**This request applies to the following inmates:**

    **Timothy Glass; SS# XXX-XX-8271; DOB 08/20/1963**

    **Martin Lovly; SS# XXX-XX-3729; DOB 01/14/1974**

    **Kermit Odums; SS# XXX-XX-9076; DOB 10/08/1981**

    **Athanasios Machaelides; BOP# 40621-054**

You need not appear personally at the date and time specified on this Subpoena if the requested records can be certified as original copies and submitted to me **on or before August 22, 2016, at 9:00 a.m.**, by sending them to the following address: the **Law Office of Gail Laser**, **P.O. Box 566, Park City, Utah 84060 (U.S. Mail delivery)**, 314 Main Street, Suite 200, Park City, Utah 84060 (physical address).

The party serving this Subpoena shall be responsible for the reasonable cost of producing or copying the documents requested in this Subpoena.

DATED this 19th day of July 2016.

                                                LAW OFFICE OF GAIL LASER

                                                <u>/s/ *Gail E. Laser*</u>
                                                Gail E. Laser
                                                *Attorney for Adam Velazquez*

**<u>If sending documents via U.S. Mail, send to:</u>**

**Law Office of Gail Laser**
**Attn: Bree Montroy**
**P. O. Box 566**
**Park City, UT 84060-566**

**\*(You may call Bree at (435) 608-0304 to obtain credit card payment for this production response)**

**<u>If sending documents to physical address:</u>**

**Law Office of Gail Laser**
**Attn: Bree Montroy**
**314 Main Street, Suite 200**
**Park City, UT 84060**

**Notice to Persons Served with a Subpoena**
**(1) Rights and responsibilities in general**. A subpoena is a court order whether it is issued by the court clerk or by an attorney as an officer of the court. You must comply or file an objection, or you may face penalties for contempt of court. If you are commanded to produce documents or tangible things, the subpoena must be served on you at least 14 days before the date designated for compliance. If you are commanded to appear at a trial, hearing, deposition, or other place, a one-day witness fee must be served with this subpoena. A one-day witness fee is $18.50 plus $1.00 for each 4 miles you have to travel over 50 miles (one direction). When the subpoena is issued on behalf of the United States or Utah, fees and mileage need not be tendered. The witness fee for each subsequent day is $49.00 plus $1.00 for each 4 miles you have to travel over 50 miles (one direction).
**(2) Subpoena to copy and mail documents.** If the subpoena commands you to copy documents and mail the copies to the attorney or party issuing the subpoena, you must organize the copies as you keep them in the ordinary course of business or organize and label them to correspond with the categories in the subpoena. The party issuing the subpoena must pay the reasonable cost of copying the documents. You must mail with the copies a Declaration of Compliance with Subpoena stating in substance:
>(A) that you have knowledge of the facts contained in the declaration;
>(B) that the documents produced are a full and complete response to the subpoena;
>(C) that originals or true copies of the original documents have been produced; and
>(D) the reasonable cost of copying the documents.

A Declaration of Compliance with Subpoena form is part of this Notice; you may need to modify it to fit your circumstances.
**(3) Subpoena to appear.** If the subpoena commands you to appear at a trial, hearing, deposition, or for inspection of premises, you must appear at the date, time, and place designated in the subpoena. The trial or hearing will be at the courthouse in which the case is pending. For a deposition or inspection of premises, you can be commanded to appear in only the following counties:
>(A) If you are a resident of Utah, the subpoena may command you to appear or to produce documents, electronic records or tangible things or to permit inspection of premises in the county:
>>in which you reside;
>>in which you are employed;
>>in which you transact business in person; or
>>in which the court orders.
>
>(B) If you are not a resident of Utah, the subpoena may command you to appear or to produce documents, electronic records or tangible things or to permit inspection of premises in the county:
>>in which you are served with the subpoena; or
>>in which the court orders.

**(4) Subpoena to permit inspection of premises.** If the subpoena commands you to appear and to permit the inspection of premises, you must appear at the date, time, and place designated in the subpoena and do what is necessary to permit the premises to be inspected.
**(5) Subpoena to produce documents or tangible things.** If the subpoena commands you to produce documents or tangible things, you must produce the documents or tangible things as you keep them in the ordinary course of business or organize and label them to correspond with the categories in the subpoena. The subpoena may require you to produce the documents at the trial, hearing, or deposition or to mail them to the issuing party or attorney. The party issuing the subpoena must pay the reasonable cost of copying and producing the documents or tangible things. You must produce with the documents or tangible things a Declaration of Compliance with Subpoena stating in substance:
>(A) that you have knowledge of the facts contained in the declaration;
>(B) that the documents produced are a full and complete response to the subpoena;
>(C) that originals or true copies of the original documents have been produced; and
>(D) the reasonable cost of copying the documents.

A Declaration of Compliance with Subpoena form is part of this Notice; you may need to modify it to fit your circumstances.

**(6) Objection to a subpoena.** You must comply with those parts of the subpoena to which you do not object. You may object to all or part of the subpoena if it:
> (A) fails to allow you a reasonable time for compliance (If you are commanded to produce documents or tangible things, the subpoena must be served on you at least 14 days before the date designated for compliance.);
> (B) requires you, as a resident of Utah, to appear at a deposition or to produce documents, electronic records or tangible things or to permit inspection of premises in a county in which you do not reside, are not employed, or do not transact business in person, unless the judge orders otherwise;
> (C) requires you, as a non-resident of Utah, to appear at a deposition or to produce documents, electronic records or tangible things or to permit inspection of premises in a county other than the county in which you were served, unless the judge orders otherwise;
> (D) requires you to disclose privileged or other protected matter and no exception or waiver applies;
> (E) requires you to disclose a trade secret or other confidential research, development, or commercial information;
> (F) subjects you to an undue burden; or
> (G) requires you to disclose an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study that was not made at the request of a party.

**(7) How to object.** To object to the subpoena, serve the Objection to Subpoena on the party or attorney issuing the subpoena. The name and address of that person should appear in the upper left corner of the subpoena. You must do this before the date for compliance. An Objection to Subpoena form is part of this Notice; you may need to modify it to fit your circumstances. Once you have filed the objection, do not comply with the subpoena unless ordered to do so by the court.

**(8) Motion to compel.** After you make a timely written objection, the party or attorney issuing the subpoena might serve you with a motion for an order to compel you to comply and notice of a court hearing. That motion will be reviewed by a judge. You have the right to file a response to the motion, to attend the hearing, and to be heard. You have the right to be represented by a lawyer. If the judge grants the motion, you may ask the judge to impose conditions to protect you.

**(9) Organizations.** An organization that is not a party to the suit and is subpoenaed to appear at a deposition must designate one or more persons to testify on its behalf. The organization may set forth the matters on which each person will testify. URCP 30(b)(6).

My Name _____
Address _____
Phone _____
Email _____

In the ☐ District ☐ Justice ☐ Juvenile Court of Utah

_____ Judicial District _____ County

Court Address _____

| _____<br>Plaintiff/Petitioner<br><br>v.<br><br>_____<br>Defendant/Respondent | **Declaration of Compliance with Subpoena**<br><br>Case Number _____<br><br>Judge _____<br><br>Commissioner _____ |
|---|---|

(1) I have knowledge of the facts contained in this declaration.

(2) The documents or tangible things copied or produced are a full and complete response to the subpoena.

(3) The documents or tangible things are

☐ the originals.
☐ copies that are true copies of the originals.

(4) The reasonable cost of copying or producing the documents or tangible things is $_____.

I declare under criminal penalty of Utah Code Section 78B-5-705 that this Declaration of Compliance with Subpoena is true and correct.

Date _____ Sign here ▶ _____
Typed or printed name
Custodian of the records ☐
Attorney for the custodian of the records ☐ _____

| **Certificate of Service** ||||
|---|---|---|---|
| I certify that I served a copy of this Declaration of Compliance with Subpoena on the following people. ||||
| Person's Name | Method of Service | Served at this Address | Served on this Date |
| (Other Party or Attorney) | ☐ Mail<br>☐ Hand Delivery<br>☐ Fax (Person agreed to service by fax.)<br>☐ Email (Person agreed to service by email.)<br>☐ Left at business (With person in charge or in receptacle for deliveries.)<br>☐ Left at home (With person of suitable age and discretion residing there.) | | |
| (Clerk of Court) | ☐ Mail<br>☐ Hand Delivery<br>☐ Electronic File | | |
| | ☐ Mail<br>☐ Hand Delivery<br>☐ Fax (Person agreed to service by fax.)<br>☐ Email (Person agreed to service by email.)<br>☐ Left at business (With person in charge or in receptacle for deliveries.)<br>☐ Left at home (With person of suitable age and discretion residing there.) | | |
| | ☐ Mail<br>☐ Hand Delivery<br>☐ Fax (Person agreed to service by fax.)<br>☐ Email (Person agreed to service by email.)<br>☐ Left at business (With person in charge or in receptacle for deliveries.)<br>☐ Left at home (With person of suitable age and discretion residing there.) | | |

Date _____ Sign here ► _____

Typed or printed name _____

| My Name | _____ |
|---|---|
| Address | _____ |
| Phone | _____ |
| Email | _____ |

In the ☐ District ☐ Justice ☐ Juvenile Court of Utah

_____ Judicial District _____ County

Court Address _____

| _____ | **Objection to Subpoena** |
|---|---|
| Plaintiff/Petitioner | Case Number _____ |
| v. | Judge _____ |
| _____ | |
| Defendant/Respondent | Commissioner _____ |

**Instructions:** URCP 45 limits the grounds for an objection. For each of the grounds other than (2) or (3) please provide a full explanation. Attach additional sheets as necessary.

I have been served with a subpoena in this case, and I object because the subpoena:

(1) ☐ Fails to allow me a reasonable time in which to comply.

_____

_____

(2) ☐ Requires me, a resident of Utah, to:

☐ appear at a deposition;
☐ produce documents, electronic records or tangible things; or
☐ permit inspection of premises

in a county in which I do not reside, am not employed, and do not transact business in person.

(3) ☐ Requires me, a non-resident of Utah, to:

    ☐ appear at a deposition;
    ☐ produce documents, electronic records or tangible things; or
    ☐ permit inspection of premises

in a county other than the county in which I was served.

(4) ☐ Requires me to disclose privileged or other protected matter and no exception or waiver applies.

---

**Instructions for (4):** If you object to the subpoena for these grounds, you must describe the nature of the document or thing with sufficient specificity to enable the party or attorney to contest your objection.

(5) ☐ Requires me to disclose a trade secret or other confidential research, development, or commercial information.

---

**Instructions for (5):** If you object to the subpoena for these grounds, you must describe the nature of the document or thing with sufficient specificity to enable the party or attorney to contest your objection.

(6) ☐ Subjects me to an undue burden.

---

(7) ☐ Requires me to disclose an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study that was not made at the request of a party.

---

(8) ☐ Other.

---

I declare under criminal penalty of Utah Code Section 78B-5-705 that this Objection to Subpoena is true and correct.

Date _____  Sign here ▶ _____
Typed or printed name _____
Person subject to subpoena ☐
Attorney for person subject to subpoena ☐ _____

**Certificate of Service**

I certify that I served a copy of this Objection to Subpoena on the following people.

| Person's Name | Method of Service | Served at this Address | Served on this Date |
|---|---|---|---|
| (Other Party or Attorney) | ☐ Mail<br>☐ Hand Delivery<br>☐ Fax (Person agreed to service by fax.)<br>☐ Email (Person agreed to service by email.)<br>☐ Left at business (With person in charge or in receptacle for deliveries.)<br>☐ Left at home (With person of suitable age and discretion residing there.) | | |
| (Clerk of Court) | ☐ Mail<br>☐ Hand Delivery<br>☐ Electronic File | | |
| | ☐ Mail<br>☐ Hand Delivery<br>☐ Fax (Person agreed to service by fax.)<br>☐ Email (Person agreed to service by email.)<br>☐ Left at business (With person in charge or in receptacle for deliveries.)<br>☐ Left at home (With person of suitable age and discretion residing there.) | | |
| | ☐ Mail<br>☐ Hand Delivery<br>☐ Fax (Person agreed to service by fax.)<br>☐ Email (Person agreed to service by email.)<br>☐ Left at business (With person in charge or in receptacle for deliveries.)<br>☐ Left at home (With person of suitable age and discretion residing there.) | | |

Date _____  Sign here ▶ _____
Typed or printed name _____