

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALB:CPK:BTR                     *610 Federal Plaza*
F.#2010R002238                  *Central Islip, New York 11722*

<u>ECF and By Hand</u>                     January 19, 2017

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
1044 Federal Plaza
Central Islip, New York 11722-4454

      Re:  United States v. Adam Velazquez
          <u>11 CR 639(JFB)</u>

Dear Judge Bianco:

      The Government respectfully submits this letter
in response to defense counsel's letter dated January 17,
2017. That letter is accurate insofar as it states the
government did not object to postponing the due date of
defendant's response to the government's pending 404(b)
motion in limine. However, the government was not asked
about defendant's request to remove the January 30, 2017
status conference from the court's calendar. The
government objects to this request and asks that the status
conference be held on January 30, 2017.

      The government's deadline for defendant to enter
a plea to the plea offer is January 27, 2017. As defense
counsel was advised weeks ago, absent a plea by that date,
plea negotiations will be over and the government's plea
offer will be withdrawn. Therefore, unless defendant
enters a plea by that date, the government requests that
the Court hold the status conference on January 30, 2017
and (i) set a new motion schedule, (ii) enter an order

excluding time under the speedy trial act until the new
argument date and (iii) set a trial date for the retrial of
this prosecution.

Respectfully submitted

ROBERT L. CAPERS
United States Attorney


By: */c/Charles P. Kelly*_____
CHARLES P. KELLY/6127
BURTON T. RYAN, JR.
Assistant U. S. Attorneys


cc: Gail Laser
    Attorney for Defendant