**Lawrence M. Herrmann**
Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Cell (646) 295-8852
Fax (718) 565-7278

CT Juris No. 303368
Admitted:
Connecticut
New York

U.S. District Courts:
SDNY
EDNY
NDNY
WDNY
District of Columbia
District of Colorado
U.S. Court of Appeals
2nd Cir. and 3rd Cir.

CT ADDRESS:

1116 Wallingford Road
Cheshire, CT 06410

January 23, 2018

Honorable Joseph F. Bianco
U.S. District Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    U.S. v. Pablo Jose Burgos
             11 CR 639 (S-4) (JFB)

Dear Judge Bianco:

      I respectfully request a continuance of the sentencing scheduled for January 31 at 1:30 P.M. until either Feb. 26, Feb. 28 or March 5, 6, 8 or 9. On Jan. 30 I am having skin cancer surgery in Connecticut and will be resting thereafter in Connecticut at home. I appreciate the Court's consideration of my medical situation.

      AUSA Burton T. Ryan, Jr. does not object.

                                       Respectfully,

                                       Lawrence M. Herrmann

cc:    AUSA Burton T. Ryan, Jr.
       USPO Joseph Elie