CT Juris No. 303368

Admitted:
Connecticut
New York

U.S. District Courts:
SDNY
EDNY
NDNY
WDNY
District of Columbia
District of Colorado
U.S. Court of Appeals
2nd Cir. and 3rd Cir.

# Lawrence M. Herrmann

Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Cell (646) 295-8852
Fax (718) 565-7278

CT ADDRESS:

1116 Wallingford Road
Cheshire, CT 06410

February 15, 2018

Honorable Joseph F. Bianco
U.S. District Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   U.S. v. Pablo Jose Burgos
              11 CR 639 (S-4)-006
              Sentencing Submission

Dear Judge Bianco:

    My impression is that the intervening years since defendant's arrest show a complete turnaround in his life. His time has been devoted to family, note the number of requests for modification of bail to visit his mother in Florida, due to evidencing his remorse.

    I await with interest the Sentencing Submission from AUSA Burton T. Ryan, Jr. which hopefully will provide insight, from the Government's perspective, into defendant's positive post-arrest conduct.

    I will reserve all further comments for oral argument at sentencing.

                                      Respectfully,

                                      Lawrence M. Herrmann

cc:   AUSA Burton T. Ryan, Jr.
       USPO Jeremy S. Neiss